UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | | |
|---|---|---|
| STANLEY JONES, et al. | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No.: _____ |
| CITIMORTGAGE, INC. | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF REMOVAL

Defendant, CitiMortgage, Inc. ("CitiMortgage"), by its attorneys and pursuant to 28 U.S.C. §§ 1332 and 1441, et seq., hereby files this Notice of Removal from the Circuit Court for Charles County, Maryland to the United States District Court for the District of Maryland, and as grounds for removal states:

1. Plaintiffs Stanley Jones and Debra A. Jones (collectively, "Plaintiffs") filed a Complaint (the "Complaint") against CitiMortgage in the Circuit Court for Charles County, on or about June 29, 2015.

2. CitiMortgage has not been properly served with the Complaint or summons[1].

3. Plaintiffs' Pro Se Complaint purports to assert state law claims of fraud, theft, forgery and predatory lending.

---

[1] Pursuant to Maryland law, service may be made on a corporation only by serving its resident agent, president, secretary, or treasurer. Md. Rule 2-124(d). In the instant case, Plaintiffs attempted to effect service on CitiMortgage through" Mary Agnew V.P." See Affidavit of Service included with the state court documents.

DMEAST #22364063 v2

4. This is a civil action over which this Court has original jurisdiction under the provision of the United States Code governing diversity jurisdiction. 28 U.S.C. § 1332. Hence, this civil action may be removed to this Court pursuant to 28 U.S.C. § 1441(a).

5. According to the Complaint, Plaintiffs are residents of Charles County, Maryland. Thus, Plaintiffs are citizens of Maryland for purposes of determining the existence of diversity of citizenship under 28 U.S.C. § 1332.

6. Since the filing of the Complaint, CitiMortgage has been and continues to be a New York corporation with its principal place of business in O'Fallon, Missouri. Therefore, CitiMortgage is a citizen of New York and Missouri for purposes of determining the existence of diversity of citizenship under 28 U.S.C. § 1332.

7. Thus, there is complete diversity between the parties.

8. This Court has supplemental jurisdiction over the state law causes of action pursuant to 28 U.S.C. § 1367.

9. Plaintiffs' Complaint seeks $276,210.00 in damages. Complaint, ¶1. Thus, the amount in controversy, exclusive of interest and costs, exceeds $75,000.00.

10. Removal is timely. CitiMortgage has filed this Notice of Removal before it was properly served with the Complaint and summons.

2

11. Pursuant to 28 U.S.C. § 1441(a), the United States District Court for the District of Maryland is the proper venue for removal because Charles County, Maryland, the place where this action is pending, is located within the District of Maryland.

12. Attached to this Notice are copies of all papers related to this action received by the Defendant. No papers have yet been properly served on CitiMortgage.

13. A copy of this Notice has been served on Plaintiffs and will be filed with the clerk of the Circuit Court for Charles County.

14. By filing this Notice of Removal, CitiMortgage does not waive its right to object to service of process, the sufficiency of process, jurisdiction over the person, or venue, and specifically reserve the right to assert any defenses and/or objections to which CitiMortgage may be entitled.

Respectfully submitted,

_Robert A. Scott (by CSH)_
Robert A. Scott (#024613)
Ballard Spahr LLP
300 E. Lombard Street
18th Floor
Baltimore, MD 21202
Tel.: 410.528.5600
Fax: 410.528.5650
scottr@ballardspahr.com

*Attorneys for Defendant CitiMortgage, Inc.*

DMEAST #22364063 v2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 5th day of August, 2015, a copy of the foregoing Notice of Removal was mailed by first class mail, postage prepaid to:

Stanley Jones
Debra A. Jones
2322 Springdale Lane
Waldorf, Maryland 20603

*Pro Se Plaintiffs*

_____Robert A. Scott (by CSH)_____
Robert A. Scott