29 June 2015

TO:  Loss Mitigation Representative

CitiMortgage, Inc.

5280 Corporate Drive Department 0010

Frederick, MD 21703

C-15-1621

From: STANLEY and DEBRA A. JONES

2322 Springdale Lane

Waldorf, Maryland 20603

Loan Number: 1120041746

**Stanley and Debra A. Jones "Jones"** (*Pro Se*), is seeking restitution for DAMAGES in the amount of $276,210.00, for alleged FRAUD, THEFT, FORGERY and PREDATORY LENDING from CitiMortgage, Inc.

On November 01, 2010, a Two-step process concerning a HOME AFFORDABLE MODIFICATION AGREEMENT was completed by the Loss Mitigation Department of CitiMortgage, Inc. and Mortgage Electronic Registration System, Inc. (MERS) in the amount of $27,621.17 that increased the principle amount on said property owned by "Jones" at 2322 Springdale Lane, Waldorf, Maryland 20603, in Charles County from $374,000 to $401,621.

On April 09, 2007, Nationstar Mortgage, LLC and PHH Mortgage Corp. (PHH) with MERS claimed to be the holders of the note of said property 2322 Springdale Lane, Waldorf, Maryland 20603. However, CitiMortgage Inc. performed the Home Affordable Loan Modification transaction on November 01, 2010. CitiMortgage Inc. has been named in a current lawsuit against Nationstar Mortgage LLC and MERS "Jones et al v. Nationstar Mortgage Company" Civil No. PJM 14-2888.

Although CitiMortgage has not been formally charged of the alleged activities, there is evidence "beyond a reasonable doubt" that these accusations are true and an illegal transaction has been commit by CitiMortgage against "Jones." (See **Attachment(s) Exhibits A1 – A4**)

Please reply to this letter in 15 calendar days from the date of receipt, or make check payable to Stanley and Debra Jones, 2322 Springdale Lane, Waldorf, Maryland 20603.

Exhibit A1 – Home affordable Modification Agreement

Exhibit A2 – Case Civil No. PJM 14-2888

Exhibit A3 – Response to Motion to Dismiss (Nationstar Mortgage LLC, Counsel)

Exhibit A4 – Amended Complaint ("Jones" Counsel)

*[signature]*

Stanley Jones

2322 Springdale Lane

Waldorf, Maryland 20603

(240) 779-4766

Case 8:15-cv-02287-PJM   Document 2   Filed 08/05/15   Page 3 of 4

## CERTIFICATE OF ACKNOWLEDGEMENT OF NOTORY PUBLIC

NOTARY

I, __Taylor Ferguson__, a notary public residing in __Charles__ County, __MD__ State, Do say that on the date of __06/29__, 2015 that a man known to me as Stanley Jones, did appear before me in his true character.

__Taylor Ferguson__                                                __06/29/2015__
NOTARY                                                             DATE

SEAL
```
TAYLOR FERGUSON
NOTARY PUBLIC
CHARLES COUNTY
MARYLAND
MY COMMISSION EXPIRES JULY 11, 2018
```

CERTIFICATE OF SERVICE

I HEREBY CERTIFY and affirm under the penalty of perjury that I sent a copy of the foregoing pleadings via first class mail, postage paid, on this __30__ day of June 2015.

Mortgage Electronic Registration System, Inc. (MERS)

    P.O. Box 2026

    Flint, Michigan 48501-2026

    (888) 679-MERS


Office of the Attorney General, Brian E. Frosh

    200 St. Paul Place

    Baltimore, MD 21202

Cc: Mortgage Electronic Registration System, Inc. (MERS)

    P.O. Box 2026

    Flint, Michigan 48501-2026

    (888) 679-MERS


Cc: Office of the Attorney General, Brian E. Frosh

    200 St. Paul Place

    Baltimore, MD 21202